UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>**This Document Relates to:**<br><br>*Courtney C. Blasius v. Bayer HealthCare Pharmaceuticals Inc., et al.*, No. 3:10-cv-10797-DRH-PMF | 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100<br><br>Judge David R. Herndon |

### JOINT STIPULATION AMENDING CMO 83 DEADLINES

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, Courtney C. Blasius ("Plaintiff"), and Defendants, Bayer HealthCare Pharmaceuticals Inc. and Bayer Schering Pharma AG (collectively, "Defendants"), through their respective counsel, that Section III, paragraphs 8-10 of Case Management Order No. 83 (D.E. 3968) and Order (D.E. 14), applicable to the above-captioned action only, are hereby amended as follows:

8.   Expert depositions, to the extent either party seeks this discovery, shall be taken following receipt of all expert reports in the given case and shall conclude no later than July 3, 2017.

9.   *Daubert* motions and dispositive motions, if any, shall be filed no later than July 17, 2017, and response briefs, if any, shall be filed no later than August 16, 2017.

10.  No later than July 17, 2017, parties to each case shall also jointly advise the Court of the district to which the case shall be remanded or transferred pursuant to Paragraph II.C of CMO No. 9.

**IT IS SO ORDERED.**
**DATED:** May 1, 2017

*[Signature: David R. Herndon]*

Judge Herndon
2017.05.01
09:39:31 -05'00'

UNITED STATES DISTRICT JUDGE